UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
F.H. BERTLING HOLDING KG,

                Plaintiff,

     -against-

RANHILL ENGINEERS & CONSTRUCTORS
SDN BHD,

                Defendant.
---------------------------------------------------------------X

Case No. 08 CV 2003

JUDGE SCHEINDLIN

FED. R. CIV. P.
7.1 CERTIFICATION

     Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for Plaintiff F.H. BERTLING HOLDING KG, certifies upon information and belief that Plaintiff has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
         February 28, 2008

                              DeORCHIS & PARTNERS, LLP
                              Attorneys for Plaintiff

                              By: _____
                              William E. Lakis (WL-9355)
                              61 Broadway, 26th Floor
                              New York, New York 10006-2802
                              (212) 344-4700
                              Our file no.: 2170-8

RECEIVED FEB 28 2008 U.S.D.C. S.D.N.Y. CASHIERS