Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone:  (212) 952-6200
Facsimile:  (212) 952-0345
E-mail:  scarroll@nb-ny.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
F.H. BERTLING HOLDING KG,                  :
                                            :      08 Civ. 2003 (SHS)
       Plaintiff,                          :
                                            :      (ECF)
  - against -                              :
                                            :      **Fed. R. Civ. P. § 7.1 Statement**
RANHILL ENGINEERS AND                      :
CONSTRUCTORS SDN. BHD.,                    :
                                            :
       Defendant.                         :
------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Ranhill Engineers and Constructors SDN. BHD., has no parent corporation publicly traded in the United States and and no publicly traded company in the United States owns 10% or more of its stock.

Dated:  New York, New York
       April 21, 2008

                                  NOURSE & BOWLES, LLP
                                  Attorneys for Defendants

                                  By: _____
                                    Shaun F. Carroll (SC-9898)
                                    One Exchange Plaza
                                    At 55 Broadway
                                    New York, New York 10006
                                    (212) 952-6200