Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone:   (212) 952-6200
Facsimile:   (212) 952-0345
E-mail:      scarroll@nb-ny.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
F.H. BERTLING HOLDING KG,                              :
                                                       :
                Plaintiff,                             :    08 Civ. 2003 (SHS)
                                                       :
        - against -                                    :
                                                       :    (ECF)
RANHILL ENGINEERS AND                                  :
CONSTRUCTORS SDN. BHD.,                                :    **NOTICE OF RESTRICTED**
                                                       :    **APPEARANCE**
                Defendant.                             :
                                                       :
-------------------------------------------------------X

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

   Please enter my appearance as counsel for Ranhill Engineers and Constructors SDN. BHD., who appears by restricted appearance under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to receive ECF Notices in this matter. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
April 21, 2008

                      NOURSE & BOWLES, LLP
                      Attorneys for Defendants

                      By: _____
                            Shaun F. Carroll (SC-9898)
                            One Exchange Plaza
                            At 55 Broadway
                            New York, New York 10006
                            (212) 952-6200