2170-8

**DeORCHIS & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff F.H. Bertling Holding KG

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
F.H. BERTLING HOLDING KG,

                        Plaintiff,

                    -against-

RANHILL ENGINEERS AND CONSTRUCTORS
SDN. BHD.,
                    Defendant.
-----------------------------------------------------------X

Case No. 08 Civ. 2003 (SAS)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that plaintiff F.H. BERTLING HOLDING KG's ("FHB") time for service of all papers in opposition to defendant RANHILL ENGINEERS AND CONSTRUCTORS SDN. BHD.'s ("REC") Motion to Vacate the Ex Parte Order of Maritime Attachment and Garnishment issued by this Honorable Court on February 29, 2008, shall be extended to May 16, 2008, and that all reply papers shall be served by no later than May 30, 2008, and that the hearing at which FHB shall show cause before this Court in Courtroom 15C of the Courthouse of the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York shall take place as soon thereafter as the Court is willing to hear counsel.

IT IS FURTHER STIPULATED AND AGREED that plaintiff shall temporarily cease and desist service of the Ex Parte Order of Maritime Attachment and Garnishment upon garnishees within this District immediately upon the filing this Stipulation with this Court until immediately after service of FHB's opposition papers.

Date: New York, New York
April 28, 2008

*NO further adjournments for any reason*

NOURSE & BOWLES, LLP
Attorneys for Defendant
RANHILL ENGINEERS AND
CONSTRUCTORS SDN. BHD.

DEORCHIS & PARTNERS, LLP
Attorneys for Plaintiff
F.H. BERTLING HOLDING KG

By: _____
Shaun F. Carroll (SC-9898)
One Exchange Plaza
At 55 Broadway
New York, New York 10006
(212) 952-6200

By: _____
William E. Lakis (WL-9355) BY S. CARROLL PER TELCON AUTHORITY 4/28/08
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our File: 2170-8

SO ORDERED: _____
U.S.D.J.
4/28/08

W:\2170-8\legals\stipulation 042508.wel/sh