Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone: (212) 952-6200
Facsimile: (212) 952-0345
E-mail: scarroll@nb-ny.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

F.H. BERTLING HOLDING KG,

        Plaintiff,

- against -

RANHILL ENGINEERS AND
CONSTRUCTORS SDN. BHD.,

        Defendant.

-----------------------------------------------------------X

: 08 Civ. 2003 (SAS')
:
: (ECF)
:
: **REPLY DECLARATION OF IAIN**
: **McFARLANE**

I, Iain McFarlane hereby make this Reply Declaration pursuant to 28 U.S.C. §1746, and state as follows:

1.    I am currently the Kuala Lumpur based Project Director for the Tajura Housing Project (the "Libyan Housing Project") for Amona Ranhill Consortium Sdn Bhd (ARC). I make this Declaration in Reply to the Bertling's contention that the Logistics Agreement necessarily required substantial ocean shipping.

2.    Part of my responsibilities as Project Director is the management of procurement activities from Kuala Lumpur. Such activities include sourcing the most

competitive prices for all materials to be delivered to Site to be used in the construction of the Tajura Housing Project. The major materials to be procured included cement, reinforcement, wall, floor and ceiling finishes and architectural products such as doors, windows and ironmongery.

3. In accordance with standard industry practice for any construction project, various strategies are considered in respect of the procurement of materials. Ultimately, the decision of where materials are procured from will be a commercial decision, i.e. the most cost affective solution will be used by the Contractor. In the earlier stages of this project one such strategy considered by ARC was the procurement of cement, plant and other materials from China and other countries. Although ARC received competitive quotations for the purchase of cement, plant and other materials from China and other countries, the cost of transporting same from China and other countries to Libya made such purchases uneconomical due to the transport distance and associated costs involved.

4. Concurrent to investigating sourcing materials from China, ARC investigated sourcing materials from all over the World. Consequently, ARC determined that the most cost affective way to procure cement was to place an order for ready mixed concrete (cement being a major constituent of concrete) to be delivered to Site by a Libyan supplier based in Tripoli. The procurement of local concrete meant that there was no requirement to import cement and the other materials required to produce concrete, i.e. aggregate and cement. Specifically, we have placed orders for ready-mixed concrete with the Libyan Cement Manufacturing JV Company. The concrete shall be batched by

the supplier on Site and delivered to the respective work fronts on Site as and when required.

5. It is important to note that as well as seeking the most competitively priced materials on Projects of this nature, the issue of risk must be closely examined. Wherever risks can be mitigated, this should be done. For example in respect of the concrete, if ARC were to import the raw materials to produce concrete by themselves from China (or any other country), it would need to source cement, sand, aggregate, batching plant equipment and transport same from the country of origin to Site. Thereafter, ARC would need to source a constant electric and water supply for the production of the concrete. Risks associated with such transportation include but are not limited to problems occurring during transport from factory to port, ship availability, port of origin clearances, port of destination clearances, transport to Site, storage of raw materials on Site, erection and maintenance of batching plant, maintenance of water and electric supply. Another important factor that has been considered by ARC is the rising cost of oil and its affect on transport costs. By choosing to purchase locally supplied concrete, ARC has mitigated any risks involved in the procurement of raw materials from outside of Libya and thereafter the production of concrete on Site as such risks have affectively been passed to the concrete supplier.

6. In addition, ARC is currently negotiating with a number of Libyan plant suppliers for the purchase of locally available heavy machinery for the above-mentioned

reasons. ARC expects to purchase over 90% of the materials required for the Project in Libya.

7. Furthermore, in general, and in part because ARC's Client, the Libyan Housing and Infrastructure Board have verbally instructed ARC to purchase goods and services in Libya whenever possible, we have found local sources for virtually all of the materials needed for the Project and foresee very little need to import goods from abroad by ocean carriage. So far as I am aware, ARC has only incurred approximately $US281,200.00 in ocean freight charges out of total project expenses to date of $US39,853,946.00.

8. I have also located the actual purchase order for the services rendered by Bertling Malaysia Sdn Bhd to ARC, which forms the basis of Bertling Holdings complaint in this case, copies of which are annexed as Exhibit 1.

9. The fact that each of these shipments (for <u>air</u> freight) were done pursuant to "Service Order", indicates to me that they were not subject to any pre-existing logistics agreement, and specifically not to the July 27 Logistics Agreement between Ranhill Engineers & Constructors Sdn Bhd and Bertling Holdings.

10. I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

_____
Iain McFarlane

Dated May 29, 2008

4

**EXHIBIT 1**

AMONA RANHILL CONSORTIUM SDN BHD
AMOUNT OUTSTANDING TO BERTLING

| | Bertling Invoice No | Bertling Co Name | SRN No | Ranhill PO No | Ranhill Co Name | Project | Nature of Services | Value of original currency | Payments | Balance o/standings | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 643000136 | Bertling Malaysia Sdn Bhd | | AMPO/000017/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2206 | Stamping of Documents & Legalisation Fees for Servey Equipment to Libya | RM1,000.00 | | RM1,000.00 | |
| 2 | 643000137 | Bertling Malaysia Sdn Bhd | | AMPO/000020/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2206 | Stamping of Documents & Legalisation Fees for IT Equipment to Libya | RM1,000.00 | | RM1,000.00 | |
| 3 | 643000172 | Bertling Malaysia Sdn Bhd | | AMPO/000022/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2206 | Air freight charges from KLIA to Tripoli, Libya for Plan Hanger | RM4,859.58 | | RM4,859.58 | |
| 4 | 643000155 | Bertling Malaysia Sdn Bhd | | AMPO/000018/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2206 | Air freight charges from KLIA to Tripoli, Libya for servey Equipments | RM586.17 | | RM586.17 | |
| 5 | 643000164 | Bertling Malaysia Sdn Bhd | | AMPO/000019/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2208 | Air freight charges from KLIA to Tripoli, Libya for IT Equipments | RM471.82 | | RM471.82 | |
| 6 | 643000158 | Bertling Malaysia Sdn Bhd | | AMPO/000050/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2206 | Air freight charges from KLIA to Tripoli, Libya for IT Equipments | RM53,397.10 | RM35,761.97 | RM17,635.13 | Partial was payments made |
| 7 | 643000179 | Bertling Malaysia Sdn Bhd | | AMPO/000023/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2206 | Air freight charges from KLIA to Tripoli, Libya for Hydraulic Jack & Equipments | RM7,850.80 | | RM7,850.80 | |
| 8 | 643000185 | Bertling Malaysia Sdn Bhd | | AMPO/000049/ARCLY | Amona Ranhill Consortium Sdn Bhd | 2206 | Air freight charges from KLIA to Tripoli, Libya for IT Equipments | RM25,449.25 | | RM25,449.25 | |
| | | | | | | | | RM94,414.72 | RM35,761.97 | RM58,652.75 | |

**Bertling**
SINCE 1865

F.H. Bertling (M) Sdn Bhd (648541-X)
12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang, 50450 Kuala Lumpur
Tel: +603-2171 2062  Fax: +603-2171 2141  website: www.bertling.com

COPY

## INVOICE

| | |
|---|---|
| Invoice No: | 643000136 |
| Invoice Date: | 19-Jul-07 |
| Page: | 1 of 1 |
| Payment Terms: | |
| Shipper/Consignee: | RANHILL ENGINEERS & CONSTRUCTORS S/B |
| Contract/Order No.(s): | |

To:  AMONA RANHILL CONSORTIUM
     FINANCIAL EXECUTIVE
     LIBYA HOUSING PROJECT

     Level 21, Empire Tower,
     No. 182, Jalan Tun Razak
     50400 Kuala Lumpur, MALAYSIA

| B/L-AWB No. | ETD | ETA | Vessel/Voyage-Flight Number | Origin | Destination |
|---|---|---|---|---|---|
| | | | | Malaysia | LIBYA |
| Pieces | | | Description | | Weight |
| 1 PALLET / 8 BOXES | | | SURVEY EQUIPMENTS | | 115 KGS |

| Item | Qty | Description of Services | Unit Cost | Total |
|---|---|---|---|---|
| 1 | 6 | Stamping documents - 3 set of Invoice & Packing List by Malay Chamber of Commerce | MYR 10.00 | MYR 60.00 |
| 2 | | Stamping documents by Ministry of Foreign Affair | | |
| | 9 | >Documents - English - 9 copies (3sets) x RM 20 = RM 180.00 | MYR 20.00 | MYR 180.00 |
| | 6 | >Translation Authorisation - 6 copies (2 sets) x RM 10 = RM 80.00 | MYR 10.00 | MYR 60.00 |
| 3 | | Legalisation by Libyan Embassy | | |
| | 1 | >RM 200 per set = RM 200 | MYR 200.00 | MYR 200.00 |
| | 15 | >Stamping, RM 20 x 15 copies = RM 300.00 | MYR 20.00 | MYR 300.00 |
| 4 | 1 | Courier Service Charges (FHB) | MYR 200.00 | MYR 200.00 |
| | | | Total Due | MYR 1,000.00 |

Authorised By : Mr Folker Lehning

Note:
(1) TT or Cheque should be crossed and made payable to F.H Bertling (M) Sdn.Bhd - Account No.2
(2) Wire transfers to be sent to : Malayan Banking Bhd, Lot 1.01, Ground Floor, Ampang Park Complex, Jalan Ampang, 50450 Kuala Lumpur, Malaysia. Bank Account No.514057178737 (RM account), 714057000775 (USD account)
(3) All transactions as subject to the standard trading and condition.



**since 1865**

F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2 , 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang
50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504, Fax: +603 2171 2141, E-Mail: finance@bertling.com.my

## TAX INVOICE

**Original**

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

| | |
|---|---|
| Invoice Number: | 643000147 |
| Invoice Date: | 1/08/2007 |
| Customer Acc.: | 0045095 |
| File Reference: | 64301890707003 |
| P/O Reference: | CM07-38 |
| Payment Terms: | 30 |
| Operator: | Mohd. Firdaus Fadillulla |
| Other: | O64301890707500 |

**Shipper** RANHILL ENGINEERS & CONSTRUCTORS S/B
**Consignee** AMONA RANHILL CONSURTIUM

| B/L-AWB NO | ETD | ETA | VESSEL / FLIGHT NO | PORT OF LOADING | DESTINATION |
|---|---|---|---|---|---|
| 6 0197 4280 | 31-Jul-2007 | 02-Aug-2007 | -EK 343 | KUALA LUMPUR | Tripoli International |
| PIECES | DESCRIPTION | | | WEIGHT (KGS) | VOLUME (CBM) |
| 4 PALLETS | IT EQUIPMENTS | | | 842.00 | 6.900 |
| REMARKS | | | | | |

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
|---|---|---|---|---|---|
| 1 | Stamping documents - 3 sets of Comm. Invoice & Packing List by Malay Chamber of Commerce | 6.00 | 10.00 | 0.00 | 60.00 |
| 2 | Stamping documents by Ministry of Foreign Affair<br>-Document-English-9 copies (3sets) x 20 = RM 180<br>-Translation Authorisation - 6 copies (2sets) x RM 10 = RM 60 | 1.00 | 240.00 | 0.00 | 240.00 |
| 3 | Legalization by Libyan Embassy<br>>RM 200 per sets<br>>Stamping, RM 20 x 15 copies = RM 300 | 1.00 | 500.00 | 0.00 | 500.00 |
| 4 | Courier Service Charge (FHB) | 1.00 | 200.00 | 0.00 | 200.00 |



| ranhill engineers and constructors sdn bhd (221264-W) | | |
|---|---|---|
| | Date | Initial |
| Received - Procurement | AMPRQ/000018/ARCL | |
| Cost Centre | AMGRN/000010/ARCL | |
| P.O. No | AMPO/000010/ARCL | |
| Matched (Procurement) | | |
| Received - Finance (Site) | | |
| Posted (Finance) | | |
| PBI / DI No. | | |

**TOTAL (MYR):** 1,000.00

Payment Terms: Please remit promptly unless credit terms have been agreed
ALL BUSINESS TRANSACTED IS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS. COPY IS AVAILABLE UPON REQUEST.
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC).
All Cheques should be crossed and made payable to :
F.H. BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No: 714057000775    RM A/C No: 514057178737
Swift Code : MBBEMYKLXXX
Malayan Banking Berhad. Lot, 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang, 50450 Kuala Lumpur Malaysia

3.70

Page 1 of 1

# Bertling

since 1865

F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2 , 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang
50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504 , Fax: +603 2171 2141, E-Mail: finance@bertling.com.my

## TAX INVOICE                                                                                              Original

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

**Shipper**   Amona Ranhill Consurtium Sdn Bhd
**Consignee** Amona Ranhill Consurtium Sdn Bhd

**Invoice Number:** 643000172
**Invoice Date:** 20/09/2007
**Customer Acc.:** 0045095
**File Reference:** S6430890709000201
**P/O Reference:** CM07-51
**Payment Terms:** 30
**Operator:** Mohd. Firdaus Fadillulla
**Other:**

RECEIVED 02 OCT ... FINANCE DEPT

| B/L-AWB NO | ETD | ETA | VESSEL / FLIGHT NO | PORT OF LOADING | DESTINATION |
|---|---|---|---|---|---|
| 176-046 1126 | 24-Sep-2007 | 25-Sep-2007 | -EK 352/24&EK 747/25 | KUALA LUMPUR | TRIPOLI |

| PIECES | DESCRIPTION | WEIGHT (KGS) | VOLUME (CBM) |
|---|---|---|---|
| 15 PACKAGES | PLAN HANGER | 118.00 | 0.710 |

**REMARKS**

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
|---|---|---|---|---|---|
| 1 | AIRFREIGHT | 118.00 | 8.80 | 0.00 | 1,038.40 |
| 2 | FUEL SURCHARGE | 118.00 | 2.28 | 0.00 | 269.04 |
| 3 | SECURITY SURCHARGE | 118.00 | 0.38 | 0.00 | 44.84 |
| 4 | COLLECTION & TRANSPORTATION | 1.00 | 580.00 | 0.00 | 580.00 |
| 5 | DOCUMENTATION FOR LEGALISATION | 1.00 | 1,190.00 | 0.00 | 1,190.00 |
| 6 | ONCARRIAGE CHARGES (INCLUDE C.CLEARANCE) @ LYD 350 X 2.78 | 1.00 | 973.00 | 0.00 | 973.00 |
| 7 | DOCUMENTATION FEE (AIRPORT/CUSTOM) | 1.00 | 20.00 | 0.00 | 20.00 |
| 8 | CUSTOMS EXAMINATION | 1.00 | 20.00 | 0.00 | 20.00 |
| 9 | FORWARDING CHARGES (MINIMUM) | 1.00 | 30.00 | 0.00 | 30.00 |
| 10 | GST 5% | 1.00 | 3.50 | 0.00 | 3.50 |
| 11 | TERMINAL HANDLING CHARGE | 1.00 | 23.16 | 0.00 | 23.16 |
| 12 | AWB FEE | 1.00 | 10.00 | 0.00 | 10.00 |
| 13 | EDI CUSTOM FORM | 1.00 | 32.50 | 0.00 | 32.50 |
| 14 | EDI MANIFEST | 1.00 | 32.50 | 0.00 | 32.50 |
| 15 | HANDLING CHARGES 10% FROM THE ITEM NO 1, 4, 5, 6, 7, 8, 11, 12, 13 & 14 (RM 3926.40) | 1.00 | 392.64 | 0.00 | 392.64 |

**TOTAL (MYR):** 4,659.58

Payment Terms: Please remit promptly unless credit terms have been agreed

ranhill engineers and constructors sdn bhd (221264-W)

| Received - Procurement | |
|---|---|
| Cost Centre | AMPRQ/000020/ARCLY |
| P.O. No | AMPO/000022/ARCLY |
| Matched (Procurement) | AMGRN/000013/ARCLY |
| Received - Finance (Site) | |
| Posted (Finance) | |
| PBI / DI No. | |
| Received - Finance (HQ) | |

BUSINESS TRANSACTED IS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS COPY IS AVAILABLE UPON REQUEST
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC).

All Cheques should be crossed and made payable to
F H BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No 714057000775  RM A/C No. 514057176737
Swift Code  MBBEMYKLXXX
Malayan Banking Berhad, Lot. 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang  50450 Kuala Lumpur Malaysia

Page 1 of 1



# bertling
since 1865

F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2, 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang 50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504, Fax: +603 2171 2141, E-Mail: finance@bertling.com.my

## TAX INVOICE                                   Original

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

| | |
|---|---|
| Invoice Number: | 643000155 |
| Invoice Date: | 1/08/2007 |
| Customer Acc.: | 0045095 |
| File Reference: | 64301890707002 |
| P/O Reference: | CM07-38 |
| Payment Terms: | 30 |
| Operator: | Mohd. Firdaus Fadilluila |
| Other: | |

Shipper    Ranhill Engineers & Constructors Sdn Bhd
Consignee  Amona Ranhill Consurtium,

| B/L-AWB NO | ETD | ETA | VESSEL / FLIGHT NO | PORT OF LOADING | DESTINATION |
|---|---|---|---|---|---|
| 57 0868 3592 | 27-Jul-2007 | 30-Jul-2007 | -QR 625 & QR 550 | KUALA LUMPUR | Tripoli International |

| PIECES | DESCRIPTION | WEIGHT (KGS) | VOLUME (CBM) |
|---|---|---|---|
| 1 PALLET | SURVEY EQUIPMENTS | 122.00 | 1.060 |

**REMARKS**   Chargeable Weight 177 kg

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
|---|---|---|---|---|---|
| 1 | AIRFREIGHT<br>Billed ~ RM 13 / kg x 119 kg = RM 1,547.00<br>Actual ~ RM 11.20 / kg x 177 kg = RM 1,982.40 | 1.00 | 435.40 | 0.00 | 435.40 |
| 2 | FUEL SURCHARGE<br>Billed ~ RM 2.09 / kg x 119 kg = RM 248.71<br>Actual ~ RM 2.28 / kg x 177 kg = RM 403.56 | 1.00 | 154.85 | 0.00 | 154.85 |
| 3 | SECURITY SURCHARGE<br>Billed ~ RM 0.38 / kg x 119 kg = RM 45.22<br>Actual ~ RM 0.38 / kg x 177 kg = RM 67.26 | 1.00 | 22.04 | 0.00 | 22.04 |
| 4 | FORWARDING CHARGES<br>Billed ~ RM 30.00 (MIN) = RM 30.00<br>Actual ~ RM RM 0.20 X 177KG = RM 35.40 | 1.00 | 5.40 | 0.00 | 5.40 |
| 5 | TERMINAL HANDLING CHARGE<br>Billed ~ RM 0.20 X 115KG = RM 23.00<br>Actual ~ RM 0.20 X 177KG = RM 35.40 | 1.00 | 12.40 | 0.00 | 12.40 |
| 6 | PACKING<br>~ To cancel the item no# 12 | 1.00 | -80.00 | 0.00 | -80.00 |
| 7 | HANDLING SERVICE CHARGE 10% (AS PER AGREEMENT)<br>Billed ~ RM 345.87<br>Actual ~ RM 381.95 | 1.00 | 36.08 | 0.00 | 36.08 |

**TOTAL (MYR):**   586.17

RECEIVED 18 SEP 2007 FINANCE DEPT

Received - Procurement  AMPO/000014/ARCLY
Cost Centre  AMGRN/000006/ARCLY
P.O. No  AMPO/000016/ARCLY
Matched (Procurement)
Received - Finance (Site)
POSTED (Finance)

Payment Terms: Please remit promptly unless credit terms have been agreed
ALL BUSINESS TRANSACTIONS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS, COPY IS AVAILABLE UPON REQUEST.
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC).
All Cheques should be crossed and made payable to:
F.H. BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No: 714057000775  RM A/C No: 514057173737
Swift Code: MBBEMYKLXXX
Malayan Banking Berhad, Lot. 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang, 50450 Kuala Lumpur Malaysia

V 3.70                                                          Page 1 of 1

# Bertling

since 1865

F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2, 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang 50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504, Fax: +603 2171 2141, E-Mail: finance@bertling.com.my

## TAX INVOICE                                                     Original

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

| Invoice Number: | 643000164 |
| --- | --- |
| Invoice Date: | 21/08/2007 |
| Customer Acc.: | 0045095 |
| File Reference: | 64301890707003 |
| P/O Reference: | CM07-38 |
| Payment Terms: | 30 |
| Operator: | Mohd. Firdaus Fadillulla |
| Other: | O6430189070500 |

**Shipper** Ranhill Engineers & Constructors Sdn Bhd
**Consignee** Amona Ranhill Consurtium,

| B/L-AWB NO | ETD | ETA | VESSEL / FLIGHT NO | PORT OF LOADING | DESTINATION |
| --- | --- | --- | --- | --- | --- |
| 0197 4280 | 31-Jul-2007 | 02-Aug-2007 | -EK 343 | KUALA LUMPUR | Tripoli International |

| PIECES | DESCRIPTION | WEIGHT (KGS) | VOLUME (CBM) |
| --- | --- | --- | --- |
| 4 PALLETS | IT EQUIPMENTS | 842.00 | 6.900 |

**REMARKS** Chargeable Weight : 1157 kg

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
| --- | --- | --- | --- | --- | --- |
| 1 | AIRFREIGHT<br>Billed ~ RM 12.50 X 1150KG = RM 14,375<br>Actual ~ RM 12.50 X 1157KG = RM 14,462.50 | 1.00 | 87.50 | 0.00 | 87.50 |
| 2 | FUEL SURCHARGE<br>Billed ~ RM 2.09 X 1150KG = RM 2,403.50<br>Actual ~ RM 2.28 X 1157KG = RM 2,637.96 | 1.00 | 234.46 | 0.00 | 234.46 |
| 3 | SECURITY SURCHARGE<br>Billed ~ RM 0.38 X 1150 KG = RM 437.00<br>Actual ~ RM 2.28 X 1157KG = RM 439.66 | 1.00 | 2.66 | 0.00 | 2.66 |
| 4 | LOCAL HANDLING / FORWARDING CHARGES<br>Billed ~ RM 0.20 x 842kg = RM 168.40<br>Actual ~ RM 0.20 x 1157 = RM 231.40 | 1.00 | 63.00 | 0.00 | 63.00 |
| 5 | TERMINAL HANDLING CHARGE<br>Billed ~ RM 0.20 X 842KG = RM 168.40<br>Actual ~ RM 0.20 X 1157KG = RM 231.40 | 1.00 | 63.00 | 0.00 | 63.00 |
| 6 | HANDLING SERVICE CHARGE 10% (AS PER AGREEMENT)<br>Billed ~ RM 1,805.51<br>Actual ~ RM 1,823.56 | 1.00 | 18.05 | 0.00 | 18.05 |
| 7 | GST 5%<br>Billed ~ RM 10.42<br>Actual ~ RM 13.57 | 1.00 | 3.15 | 0.00 | 3.15 |

ranhill engineers and constructors sdn bhd (221264-W)

|  | Date | Initial |
| --- | --- | --- |
| ived - Procurement | AMPRQ/00017/ARCLY |  |
| Centre | AMPO/000019/ARCLY |  |
| hed (Procurement) |  |  |
| ved - Finance (Site) | AMGRN/000009/ARCLY |  |
| d (Finance) |  |  |
| DI No. |  |  |
| ved - Finance (HQ) |  |  |

TOTAL (MYR): 471.82

RECEIVED 18 SEP 2007 ARC FINANCE DEPT

Payment Terms: Please remit promptly unless credit terms have been agreed.

ALL BUSINESS TRANSACTED IS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS. COPIES AVAILABLE UPON REQUEST
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC)
All Cheques should be crossed and made payable to:
F.H. BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No. 714057000775   RM A/C No: 514057173737
Swift Code : MBBEMYKLXXX
Malayan Banking Berhad, Lot. 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang, 50450 Kuala Lumpur Malaysia

70

Page 1 of 1



since 1865

**F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2, 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang 50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504, Fax: +603 2171 2141, E-Mail: finance@bertling.com.my**

# TAX INVOICE                                          Original

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

| Invoice Number: | 643000158 |
|---|---|
| Invoice Date: | 7/08/2007 |
| Customer Acc.: | 0045095 |
| File Reference: | 64301890708003 |
| P/O Reference: | CM07-44 |
| Payment Terms: | 30 |
| Operator: | Mohd. Firdaus Fadillulla |
| Other: | O64301890708501 |

**Shipper**  AJC PLANNING CONSULTANTS SDN BHD
**Consignee**  HOUSING & INFRASTRUCTURE BOARD

| B/L-AWB NO | ETD | ETA | VESSEL / FLIGHT NO | PORT OF LOADING | DESTINATION |
|---|---|---|---|---|---|
| 176 0197 4405 | 14-Aug-2007 | 16-Aug-2007 | -EK 343/14 & EK 747/16 | KUALA LUMPUR | Tripoli |

| PIECES | DESCRIPTION | WEIGHT (KGS) | VOLUME (CBM) |
|---|---|---|---|
| 15 PIECES | SCALE MODELS (HOUSE) AND ACCESSORIES | 1,032.00 | 10.880 |

**REMARKS**  Chargeable Weight : 1,814 kgs

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
|---|---|---|---|---|---|
| 1 | AIRFREIGHT | 1,814.00 | 17.50 | 0.00 | 31,745.00 |
| 2 | FUEL SURCHARGE | 1,815.00 | 2.28 | 0.00 | 4,138.20 |
| 3 | SECURITY SURCHARGE | 1,814.00 | 0.38 | 0.00 | 689.32 |
| 4 | DOCUMENTATION FEE | 1.00 | 20.00 | 0.00 | 20.00 |
| 5 | CUSTOMS EXAMINATION | 1.00 | 20.00 | 0.00 | 20.00 |
| 6 | FORWARDING CHARGES | 1,032.00 | 0.20 | 0.00 | 206.40 |
| 7 | GST 5% (ITEM NO 4,5,6) | 1.00 | 12.32 | 0.00 | 12.32 |
| 8 | TERMINAL HANDLING CHARGE | 1,032.00 | 0.20 | 0.00 | 206.40 |
| 9 | AWB FEE | 1.00 | 10.00 | 0.00 | 10.00 |
| 10 | EDI MANIFEST | 1.00 | 32.50 | 0.00 | 32.50 |
| 11 | EDI CUSTOM FORM | 1.00 | 32.50 | 0.00 | 32.50 |
| 12 | TRANSPORTATION (PRECARRIAGE) | 2.00 | 220.00 | 0.00 | 440.00 |
| 13 | PACKING (INCLUDE TRANSPORTATION) | 1.00 | 6,620.00 | 0.00 | 6,620.00 |
| 14 | DOCUMENTATION FEE (STAMPING DOCS. & ISSUING COO) | 1.00 | 90.00 | 0.00 | 90.00 |
| 15 | DOCUMENTATION FEE (TRANSLATION DOCS. ENGLISH-ARABIC) | 1.00 | 360.00 | 0.00 | 360.00 |
| 16 | DOCUMENTATION FEE (STAMPING FROM MOFA) | 1.00 | 240.00 | 0.00 | 240.00 |
| 17 | LEGALIZATION FEE RM 236 & STAMPING FEE RM 300 | 1.00 | 536.00 | 0.00 | 536.00 |

a.c.f.r.                                          45,398.64

**Payment Terms: Please remit promptly unless credit terms have been agreed**

ALL BUSINESS TRANSACTED IS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS. COPY IS AVAILABLE UPON REQUEST.
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC).
All Cheques should be crossed and made payable to :
F.H. BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No: 714057000775   RM A/C No: 514057178737
Swift Code : MBBEMYKLXXX
Malayan Banking Berhad. Lot. 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang, 50450 Kuala Lumpur Malaysia

V 3.70                                                          Page 1 of 2



since 1865

F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2, 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang 50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504, Fax: +603 2171 2141, E-Mail: finance@bertling.com.my

# TAX INVOICE                                              Original

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

| Invoice Number: | 643000158 |
| Invoice Date: | 7/08/2007 |
| Customer Acc.: | 0045095 |
| File Reference: | 64301890708003 |
| P/O Reference: | CM07-44 |
| Payment Terms: | 30 |
| Operator: | Mohd. Firdaus Fadilulla |
| Other: | O64301890708501 |

**Shipper** AJC PLANNING CONSULTANTS SDN BHD
**Consignee** HOUSING & INFRASTRUCTURE BOARD

| B/L-AWB NO | ETD | ETA | VESSEL / FLIGHT NO | PORT OF LOADING | DESTINATION |
|---|---|---|---|---|---|
| 176 0197 4405 | 14-Aug-2007 | 16-Aug-2007 | -EK 343/14 & EK 747/16 | KUALA LUMPUR | Tripoli |

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
|---|---|---|---|---|---|
| 18 | ONCARRIAGE CHARGES AT LIBYA (C.CLEARANCE, HANDLING & D.DELIVERY) @ MORE THAN 10-20 CBM = LYD 1300, ROE: 1 LYD = 2.77148 MYR | 1.00 | 3,602.93 | 0.00 | 3,602.93 |
| 19 | HANDLING FEE - 10% (ON THE ITEM NO# 1,4,5,6,9,10,11,12,13,14,15,16,17 & 18) | 1.00 | 4,395.53 | 0.00 | 4,395.53 |

ranhill engineers & constructors

| | Date | Initial |
|---|---|---|
| Received - Procurement | AMPO/060007/ARCY | |
| Cost Centre | AWPO/0000 50/ARCL7 | |
| PO No. | | |
| Matched (Procurement) | | |
| Received - Finance (Site) | | |
| Received - Finance (HQ) | | |
| Accounts Code | | |
| GBI / DI NO | | |
| Posted (Finance) (HQ) | | |
| Verified by Procurement Manager | | Approved by Project Manager |

| TOTAL (MYR): | | | | 53,397.10 |

**Payment Terms: Please remit promptly unless credit terms have been agreed**

ALL BUSINESS TRANSACTED IS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS. COPY IS AVAILABLE UPON REQUEST.
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC).
All Cheques should be crossed and made payable to:
F.H. BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No: 714057000775   RM A/C No: 514057178737
Swift Code: MBBEMYKLXXX
Malayan Banking Berhad. Lot, 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang, 50450 Kuala Lumpur Malaysia



since 1865

F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2, 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang 50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504, Fax: +603 2171 2141, E-Mail: finance@bertling.com.my

# TAX INVOICE                                                    Original

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

**Shipper**
**Consignee**

| Invoice Number: | 643000179 |
| --- | --- |
| Invoice Date: | 25/09/2007 |
| Customer Acc.: | 0045095 |
| File Reference: | S643089070900401 |
| P/O Reference: | CM07-53 |
| Payment Terms: | 30 |
| Operator: | Mohd. Firdaus Fadillulla |
| Other: | |

RECEIVED 02 OCT — FINAN DEPT

| B/L-AWB NO | ETD | ETA | VESSEL/FLIGHT NO | PORT OF LOADING | DESTINATION |
| --- | --- | --- | --- | --- | --- |
| 176-0246 3985 | 01-Oct-2007 | 01-Oct-2007 | -EK 352 & EK 747 | KUALA LUMPUR | TRIPOLI |

| PIECES | DESCRIPTION | WEIGHT (KGS) | VOLUME (CBM) |
| --- | --- | --- | --- |
| 12 PACKAGES | 1. Hydraulic Jack & Equipments | 250.00 | 1.500 |

**REMARKS**

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
| --- | --- | --- | --- | --- | --- |
| 1 | AIRFREIGHT | 250.00 | 13.50 | 0.00 | 3,375.00 |
| 2 | FUEL SURCHARGE | 250.00 | 2.28 | 0.00 | 570.00 |
| 3 | SECURITY SURCHARGE | 250.00 | 0.38 | 0.00 | 95.00 |
| 4 | TRANSPORTATION (+PICKUP RANHILL) | 1.00 | 780.00 | 0.00 | 780.00 |
| 5 | DOCUMENTATION FEE (LEGALISATION) | 1.00 | 1,190.00 | 0.00 | 1,190.00 |
| 6 | DOCUMENTATION FEE | 1.00 | 20.00 | 0.00 | 20.00 |
| 7 | CUSTOMS EXAMINATION | 1.00 | 20.00 | 0.00 | 20.00 |
| 8 | FORWARDING CHARGES | 250.00 | 0.20 | 0.00 | 50.00 |
| 9 | GST 5% (Item 6, 7 & 8) | 1.00 | 4.50 | 0.00 | 4.50 |
| 10 | TERMINAL HANDLING CHARGE | 250.00 | 0.20 | 0.00 | 50.00 |
| 11 | AWB-FEE | 1.00 | 10.00 | 0.00 | 10.00 |
| 12 | EDI MANIFEST | 1.00 | 32.50 | 0.00 | 32.50 |
| 13 | EDI K2 | 1.00 | 32.50 | 0.00 | 32.50 |
| 14 | ONCARRIAGE CHARGES (LD 350 X 2.78) | 1.00 | 973.00 | 0.00 | 973.00 |
| 15 | HANDLING 10% FROM THE ITEM NO# 1, 4, 5, 6, 7, 8, 11, 12, 13 &14 | 1.00 | 648.30 | 0.00 | 648.30 |
| | **TOTAL (MYR):** | | | | **7,850.80** |

**Payment Terms: Please remit promptly unless credit terms have been agreed**

ALL BUSINESS TRANSACTED IS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS. COPY IS AVAILABLE UPON REQUEST.
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC).
All Cheques should be crossed and made payable to:
F.H. BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No: 714057000775   RM A/C No: 514057178737
Swift Code: MBBEMYKLXXX
Malayan Banking Berhad, Lot 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang, 50450 Kuala Lumpur Malaysia

V 3.70                                                                    Page 1 of 1



**since 1865**

F.H.Bertling(M) Sdn Bhd.(648541-X), P.O.Box 37, Lot W09-C2, 12th Floor, West Block, Wisma Selangor Dredging 142-C, Jalan Ampang
50450 Kuala Lumpur, Malaysia, Tel: +603 2171 2062 / +603 2171 2504, Fax: +603 2171 2141, E-Mail: finance@bertling.com.my

## TAX INVOICE                                   Original

**Invoice Party**
Amona Ranhill Consurtium,

Financial Executive, Libya Housing Project,
Level 21, Empire Tower, 182 Jalan Tun Razak,
Kuala Lumpur 50400
MALAYSIA

| | |
|---|---|
| Invoice Number: | 643000185 |
| Invoice Date: | 01/10/2007 |
| Customer Acc.: | 0045095 |
| File Reference: | S643089071000101 |
| P/O Reference: | CM07-55 |
| Payment Terms: | 30 |
| Operator: | Mohd. Firdaus Fadillulla |
| Other: | |

**Shipper**  Ranhill Engineers & Constructors Sdn Bhd
**Consignee**  Amona Ranhill Consurtium,

| B/L-AWB NO | ETD | ETA | VESSEL / FLIGHT NO | PORT OF LOADING | DESTINATION |
|---|---|---|---|---|---|
| | | | - | KUALA LUMPUR | TRIPOLI |

| PIECES | DESCRIPTION | WEIGHT (KGS) | VOLUME (CBM) |
|---|---|---|---|
| 77 PACKAGES | IT EQUIPMENTS | 1,250.00 | 0.000 |

**REMARKS**

| ITEM | DESCRIPTION OF SERVICES | UNIT | UNIT PRICE | GST | AMOUNT (MYR) |
|---|---|---|---|---|---|
| 1 | AIRFREIGHT | 1,250.00 | 12.50 | 0.00 | 15,625.00 |
| 2 | FUEL SURCHARGE | 1,250.00 | 2.28 | 0.00 | 2,850.00 |
| 3 | SECURITY SURCHARGE | 1,250.00 | 0.38 | 0.00 | 475.00 |
| 4 | COLLECTION FEE | 1.00 | 630.00 | 0.00 | 630.00 |
| 5 | DOCUMENTATION FEE | 1.00 | 20.00 | 0.00 | 20.00 |
| 6 | CUSTOMS EXAMINATION | 1.00 | 20.00 | 0.00 | 20.00 |
| 7 | FORWARDING CHARGES | 1,250.00 | 0.20 | 0.00 | 250.00 |
| 8 | GST 5% | 1.00 | 14.50 | 0.00 | 14.50 |
| 9 | TERMINAL HANDLING CHARGE | 1,250.00 | 0.20 | 0.00 | 250.00 |
| 10 | AWB-FEE | 1.00 | 10.00 | 0.00 | 10.00 |
| 11 | EDI CUSTOM FORM | 1.00 | 32.50 | 0.00 | 32.50 |
| 12 | EDI CUSTOM MANIFEST | 1.00 | 32.50 | 0.00 | 32.50 |
| 13 | ONCARRIAGE CHARGES | 1.00 | 2,062.50 | 0.00 | 2,062.50 |
| 14 | DOCUMENTATION FEE (LEGALISATION) | 1.00 | 1,190.00 | 0.00 | 1,190.00 |
| 15 | HANDLING FEE - 10% FROM THE ITEM NO # 1, 4, 5, 6, 7, 10, 11, 12, &14) | 1.00 | 1,987.25 | 0.00 | 1,987.25 |

| | Date | Initial |
|---|---|---|
| Received - Procurement | AMPLQ/000046/ARCLY | |
| Cost Centre | | |
| PO No. | AMPO/000049/ARCLY | |
| Matched (Procurement) | | |
| Received - Finance (Site) | | |
| Received - Finance (HQ) | | |
| Accounts Code | | |
| PBI / DI NO | | |
| Posted (Finance) (HQ) | | |
| Verified by Project Procurement Manager | Approved by Project Manager | |

**TOTAL (MYR):**  25,449.25

Payment Terms: Please remit promptly unless credit terms have been agreed

IS SUBJECT TO THE FEDERATION OF MALAYSIAN FREIGHT FORWARDERS STANDARD TRADING TERMS & CONDITIONS. COPY IS AVAILABLE UPON REQUEST.
Trading will be subjected to the prevailing Federation of Malaysia Freight Forwarders Association's (FMFF) Standard Trading Condition (STC).
All Cheques should be crossed and made payable to:
F.H. BERTLING (M) SDN BHD - ACCOUNT NO.2
USD A/C No: 714057000775   RM A/C No: 514057178737
Swift Code: MBBEMYKLXXX
Malayan Banking Berhad, Lot 1.01, Ground Floor, Ampang Park Complex,
Jalan Ampang, 50450 Kuala Lumpur Malaysia

V 3.70                                                                 Page 1 of 1