Shaun F. Carroll (SC 9898)
Nourse & Bowles, LLP
One Exchange Plaza
New York, New York 10006
Telephone: (212) 952-6200
Facsimile: (212) 952-0345
E-mail: scarroll@nb-ny.com
Attorneys for Defendant



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

F.H. BERTLING HOLDING KG,

       Plaintiff,

- against -

RANHILL ENGINEERS AND
CONSTRUCTORS SDN. BHD.,

       Defendant.

------------------------------------------------------------X

08 Civ. 2003 (SAS)

(ECF)

**ORDER TO SHOW CAUSE**

To:    Plaintiff, F.H. Bertling Holding KG, by its attorneys, DeOrchis & Partners, LLP

     Upon the annexed affidavit of Shaun F. Carroll dated April 21, 2008 and the exhibits annexed thereto, and the declaration under penalty of perjury pursuant to 28 U.S.C. §1746 of Gareth Norman dated April 21, 2008 and the exhibits annexed thereto, and all prior pleadings and proceedings had herein, you are hereby

     ORDERED to Show Cause before this Court in Courtroom 15C of the Courthouse of the Untied States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, on the 5th day of May, 2008 at 12

o'clock in the ⎯after⎯ noon, why an Order should not be entered pursuant to Rule B and E(4)(f) of Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, vacating the Ex Parte Order of Maritime Attachment and Garnishment issued herein on February 29, 2008 and levied upon electronic fund transfers to or from Defendant Ranhill Engineers and Constructors SDN BHD ("Ranhill"), who has appeared by restricted appearance pursuant to Rule E(8), and directing immediate release of electronic funds transfers in the hands of all garnishee banks herein and the return of same to Defendant Ranhill, dismissing the action against Defendant Ranhill and granting it leave to apply for costs, disbursements, damages and attorneys fees in connection with this motion, and for such other and further relief as the Court deems just and proper; and

IT IS FURTHER ORDERED, that service of this Order and all supporting papers by hand or by facsimile or e-mail upon counsel for the plaintiff, DeOrchis & Partners, LLP, 61 Broadway, 26th Floor, New York, NY 10006-2802, e-mail wlakis@marinelex.com on or before ⎯April 2, 2008⎯ by ⎯8⎯ o'clock in the ⎯after⎯ noon shall be deemed good and sufficient service, and that all papers in opposition must be served by hand, facsimile or e-mail on Nourse & Bowles, LLP, One Exchange Plaza, New York, New York, e-mail scarroll@nb-ny.com and jmoore@nb-ny.com, fax 212-952-0345 on or before ⎯April 30⎯, 2008 by ⎯11⎯ o'clock in the ⎯morning⎯ ~~noon~~, and that

2

all Reply Papers shall be served in similar fashion on DeOrchis & Partners, LLP by ____May 2____, 2008 at __15__ o'clock in the __after__ noon.

Dated: New York, New York
   April __21__, 2008

_____
Hon. Shira A. Scheindlin
U.S.D.J.