UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
F.H. BERTLING HOLDING KG,

                Plaintiff,

- against -

RANHILL ENGINEERS AND
CONSTRUCTORS SDN. BHD.,

                Defendant.
------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

ORDER

08 Civ. 2003 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        By letter dated June 3, 2008, plaintiff requested leave to file an additional memorandum of law and two witness declarations, to be accompanied by six attached exhibits. Plaintiff's request to file an additional memorandum of law is denied. However, no later than Friday, June 13, 2008, plaintiff may file two witness declarations and no more than six attached exhibits. Each exhibit is limited to fifteen pages. The additional declarations and exhibits may only address factual issues raised in defendants' reply memorandum of law and may not repeat any facts already submitted to the court in previous declarations and exhibits. The Court will not entertain any further submissions.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         June 6, 2008

## - Appearances -

**For Plaintiff:**

William E. Lakis, Esq.
DeOrchis & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006
(212) 344-4700

**For Defendant:**

Shawn F. Carroll, Esq.
Nourse & Bowles, LLP
One Exchange Plaza at 55 Broadway
New York, NY 10006
(212) 952-6200