**DeORCHIS & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
F.H. BERTLING HOLDING KG,

                                      08 Civ. 2003 (SHS)

                  Plaintiff,

         -against-                       **SUR-REPLY**
                                        **DECLARATION OF**
RANHILL ENGINEERS AND CONSTRUCTORS     **FOLKER LEHNING**
SDN. BHD.,
                  Defendant.
-------------------------------------------------------------X

       I, **FOLKER LEHNING,** hereby make this Declaration pursuant to 28 U.S.C. §

1746, and declare and state as follows:

       1.     I am a Project Director of F.H. Bertling Logistics GmbH, Hamburg,

Germany, an affiliate of Plaintiff F.H. Bertling Holding KG ("FHB").  I offer this Sur-

Reply Declaration to supplement my Declaration dated 14 May 2008 in further support of

FHB's Opposition to Ranhill Engineers and Constructors Sdn. Bhd.'s ("REC") Motion

to Vacate the Rule B Attachment ordered by this Court and in response to REC's Reply

to FHB's Opposition.

       2.     I make this Sur-Reply Declaration based upon my personal knowledge

obtained from involvement in the planning of ocean transportation and logistics in

connection with the Libyan Housing Project referred to in both parties' motion papers

and supporting declarations, which I have reviewed.

3.      On 3 and 7 November 2006, I attended meetings at the offices of REC in Kuala Lumpur, along with REC's General Manager of Procurement and Logistics, Hayley Van de Glind, REC's Logistics Manager, Suida Selamat and S. Prem Kumar of REC Site Logistics. The minutes of these meetings, prepared by REC on REC letterhead, are annexed hereto as **Exhibit N**. The Court will note that the minutes were provided to Alan Scott according to the distribution list.

4.      The purpose of these meetings was to discuss and provide consultation to REC as to how FHB and its affiliates would satisfy the transportation and logistics needs of REC and its affiliates in connection with the Libyan Housing Project and pursuant to the 26 July 2006 Logistics Agreement between FHB and REC (the "Logistics Agreement").

5.      I offer the minutes of the meetings in furtherance of FHB's arguments that: (a) REC and its affiliates, including Amona Ranhill Consortium ("ARC"), presented themselves as and acted as one entitity when dealing with FHB and its affiliates under the Logistics Agreement and (b) the demonstrated intention of the parties to the Logistics Agreement was that its primary objective was maritime transportation of equipment and materials in connection with the Libyan Housing Project. **Exhibit N** shows the following in support of these arguments:

- REC was involved in procurement and logistics for the Libyan Housing Project.

- Alan Scott is identified in REC's documents as the "REC Project Director", not the "Project Director for ARC" as he states in his declaration dated 30 May 2008.

- A concrete pre-casting plant was to be built from parts from Finland, which required ocean transportation.

- Earth moving equipment would be both locally obtained and "imported".

- REC required cement imports of 30,000 metric tons per month. It was decided at that time that transportation of cement from China was too expensive, and cement was to be transported by sea from the Ukraine.

- Sea-going vessel chartering for a three (3) year period was contemplated.

- Port clearance and costs were major issue for Bertling to handle on behalf of REC.

6.    REC and its affiliates acted as one entity in respect to their dealings with

FHB and its affiliates in connection with the Libyan Housing Project and the Logistics

Agreement. The common understanding was that the Logistics Agreement applied to all

REC subsidiaries and affiliates involved in the Libyan Housing Project. In an email

exchange spanning 28 December 2006 to 3 January 2007 (annexed hereto as part of

**Exhibit O**), REC's Procurement Department sought FHB and affiliates to update their

"vendor registration" with REC. I responded by inquiring whether the "general

agreement for the Libya housing project and forthcoming other projects" obviated the

need for FHB to complete the vendor registration forms. REC's Gareth Norman

responded that "[t]here is no reason for Bertling to provide the registration date to qualify

for the Libya and other projects covered by the General Agreement we have already executed." [1]

7.    Annexed hereto as **Exhibit P** is a telephone list of REC personnel dated 28 March 2007.  The Court will note that REC was has many personnel working on the "Libya Project" and I was listed as one of them because of my in-house consultant status.

8.    Annexed hereto as part of **Exhibit O** is a copy of my 24 May 2007 email report of a meeting that took place on 23 May 2007 at the offices of REC in Kuala Lumpur when I was mobilized to work as an in- house Logistics Planner for REC under to the Logistics Agreement and a follow-up email dated 30 May 2007 from REC's Suida Selamat requesting a copy of my report on the port of Misurata, Libya pursuant to this meeting.  This meeting was attended by REC's Alan Scott, among others.  My email report confirms that, despite the technicalities proffered by Ronald Metcalf's Declaration dated 29 May 2008 as to which REC affiliate was actually awarded the Libyan Housing Project, REC and its affiliates acted as one vis-à-vis FHB and performance under the Logistics Agreement with respect to procurement and logistics for the Libyan Housing Project.  It was obvious that FHB was acting as the exclusive logistics and transportation provider for the Libya Housing Project as the Logistics Agreement required.

9.    My email report and REC's follow-up email dated 30 May 2007 in **Exhibit O** also confirm that sea transportation was the primary objective of the services that FHB was to provide under the Logistics Agreement in that the Misurata port and Libyan Customs tariffs were critical issues.

---

[1] The "general agreement" I was referring to is the 26 July 2006 Logistics Agreement between REC and FHB, and my understanding was that Mr. Norman's response referred to the same agreement, since there was no other such agreement of which I was aware.

10.    Annexed hereto as part of **Exhibit O** is an email exchange dated 27/28 May 2007 between the undersigned and REC logistics and procurement personnel in which it is confirmed in the email from Abdul Haris Abdul Hadi of REC in Libya that REC understood that FHB and affiliates was REC's "appointed freight forwarder & clearance agent in Libya." Mr. Hadi's email goes on to summarize REC's understanding of the "scope of Bertling works" for REC and its affiliates in connection with the Libyan Housing Project. This email demonstrates the intention of the parties under the Logistics Agreement that FHB was to provide services of a primarily maritime nature, since most of the materials, equipment and supplies could not reach Libya without crossing a body of water by ship. First and foremost in REC's understanding of FHB's scope is "[p]roviding o[cean]/freights & charges and advancing payments for D[oo]r to D[oo]r services (pick up + clearance at port of origin & port of discharge +ocean/air freight + loading at port of loading . . ." Mr. Hadi's email further explains the understanding that Bertling would arrange the carriage of cargo by sea and ancillary clearance, overland transportation and storage associated with such imported cargo. Alan Scott is listed in copy on Mr. Hadi's email.

11.    **Exhibit O** hereto includes an email exchange from 11 June 2007 and two (2) spreadsheets. The top spreadsheet entitled "Libya House Project Tajoura" is a spreadsheet I prepared and provided to REC, at REC's request, a spreadsheet of Libyan Customs duties and import taxes and costs for subsequent inland transportation for construction materials that REC advised in the second spreadsheet contained in **Exhibit O** were being imported by sea through the port of Khoms in Libya. This is further

evidence of the maritime nature of the transportation services that were intended under the Logistics Agreement.

I declare and state under penalty of perjury of the laws of the Unites States that the foregoing is true and correct.

Dated: 12 June 2008

**FOLKER LEHNING**

# EXHIBIT N





Certificate No:
115685

# Ranhill

**Ranhill Engineers and Constructors Sdn Bhd** (221264-W)

21st Floor, Empire Tower, No. 182, Jalan Tun Razak 50400, Kuala Lumpur, Malaysia
Tel: 603 2171 2020  Fax: 603 2171 2121  www.ranhill.com.my  email: info@ranhill.com.my

Rev:.00
REC/SOP/HRA/F10

| | |
|---|---|
| **MINUTES OF MEETING** | Project /Proposal No:<br>**C 2206** |
| | Minutes Reference:<br>**REC/LOG/BERT/001** |
| | Page:<br>**1 of 2** |

DESCRIPTION OF PROJECT: **LIBYAN HOUSING PROJECT**

PURPOSE OF THE MEETING :

**Attended By:**

| Name | Company |
|---|---|
| Folker Lehning | F.H. Bertling (M) Sdn Bhd |
| Hayley Van de Glind | REC |
| Suida Selamat | REC |
| S Prem Kumar | REC |

Date: 3rd of November 2006

**Distribution:**

Alan Scott – REC Project Director
Hayley Van de Glind – REC GM
Procurement & Logistics
Suida Selamat – REC Logistics Manager
S Prem Kumar – REC Site Logistics
Supervisor
Folker Lenhing – F.H Bertling Project
Director

| ITEM | DESCRIPTION OF DISCUSSION | ACTION BY | DATE |
|---|---|---|---|
| 1. | General<br>1.1. Construction site will be at Tajura, Tripoli to build 10,000 apartment<br>1.2. Estimated project to be started is end of 2006 – TBA<br>1.3. Pre Casting plant to be built & pre casting parts came from Finland – REC to advise location of the pre casting plant.<br>1.4. Local & imported Earth moving equipment will be used for this project.<br>1.5. Logistics inquiry from Bertling to be requested only to Folker (folker.lehning@bertling.com) & Manfred (Manfred.Bruns@bertling.com) | | |
| 2. | Cement Shipment<br>2.1. REC required cement of 30,000MT a month<br>2.2. Due to high logistics cost from China, tentiavely cement will be supplied from Russia & port of loading will be Ukraine.<br>2.3. Bertling requested firm details info of the cements i.e. type of packaging,<br>2.4. Bertling to revert to REC on their proposal on time charter vessel (3 years) or voyage charter<br>2.5. Bertling to revert on the handling & clearance cost at Khoms Port as well as provide alternative way to clear the shipment without any demurrage incur.<br>2.6. Prem to meet with Iain to get information on the cement contract in order to get the cement specification & packaging. | | |
| 3 | Warehousing<br>3.1. Bertling requested REC requirement on the warehousing i.e. size of the warehouse, type of storage, movement of the goods<br>3.2. Tentatively REC will build the warehouse, manage by Bertling – location & size to be advised<br>3.3. REC to provide requirement on warehouse software i.e. inventory, shipment tracking, truck tracking, multiple delivery & etc | | |

| MINUTES OF MEETING | Project /Proposal No: |
| | Minutes Reference: |
| | Page:<br>2 of 2 |

| | 3.4. Bertling to facilitate REC requirement on warehousing | | | |
|---|---|---|---|---|
| 4. | Bertling Scope of work:<br>4.1. Bertling request their scope of work for this project i.e. local handling from the port, freighting, warehousing – to be discuss on Tuesday meeting with Alan<br>4.2. Bertling to propose their office set-up in Libya – to be further discuss | | | |
| 5. | Other Matter:<br>Next meeting will be held on Tuesday (7.11.06) at 10.00pm at 21st floor, REC HQ | | | |





Certificate No:
115685

## Ranhill

**Ranhill Engineers and Constructors Sdn Bhd** (221264-W)
21st Floor, Empire Tower, No. 182, Jalan Tun Razak 50400, Kuala Lumpur, Malaysia
Tel: 603 2171 2020  Fax: 603 2171 2121  www.ranhill.com.my  email: info@ranhill.com.my

Rev:.00
REC/SOP/HRA/F10

| **AGENDA'S OF MEETING** | Project /Proposal No:<br>**C 2206** |
|---|---|
| | Minutes Reference:<br>**REC / LOG / BERT /<br>002** |
| | Page:<br>**1 of 3** |

DESCRIPTION OF PROJECT: **LIBYAN HOUSING PROJECT**

PURPOSE OF THE MEETING : **LOGISTIC CLARIFICATION WITH BERTLING**

**Attended By:**

| Name | Company |
|---|---|
| Folker Lehning | Bertling |
| Alan Scott | REC |
| Suida Selamat | REC |
| S.Prem Kumar | REC |

Date: 7th November 2006

**Distribution:**
**Alan Scott – Project Director**
**Hayley Van De Glind – GM,**
**Procurement & Logistic**
**Rafidah – Project Secretary**
**Suidah Selamat – Logistic**
**Manager**
**S.Prem Kumar – Logistic**
**Supervisor**

| ITEM | DESCRIPTION OF DISCUSSION | ACTION BY | DATE BY |
|---|---|---|---|
| **1.0** | **Introduction** | | |
| 1.1 | Confirm by REC's survey, that we need to unstuff the containers by 3 hours as they bring it to our site.<br>Bertling will negotiate with liners for a free detention charges.<br>Bertling need to advise REC on the best solution to avoid any demurrage. | Bertling | |
| 1.2 | Bertling / appointed agent will off load the containers from the trucks or REC?<br>REC to advise Bertling on the subcontractors. | REC | |
| 1.3 | Facilities such as cranes and forklifts for Logistic at site.<br>REC to provide and Bertling to maintain and operate | REC | |

| | **AGENDA'S OF MEETING** | Project /Proposal No:<br>**C 2206** | | |
|---|---|---|---|---|
| | | Minutes Reference:<br>REC / LOG / BERT / 002 | | |
| | | Page:<br>**2 of 3** | | |

| | | | | |
|---|---|---|---|---|
| **1.4** | Rec to provide the warehouse and Bertling to operate. How will the system will be?<br>Bertling to do a presentation on this. | Bertling | | |
| **1.5** | Safety measures inside the warehouse? Bertling to present and propose to REC.<br>Bertling to submit their HSE procedures | Bertling | | |
| **1.6** | Bertling to confirm on the gears for all conventional shipment and also for the trucks.<br>Bertling to advise all vessels to carry their on wire ropes and slings. Will not be suitable to use ports gears. | Bertling | | |
| **2.0** | **Trucking Services** | | | |
| **2.1** | How big are they? | | | |
| **2.2** | Capacity of their trailers? | | | |
| **2.3** | Current projects they are tied up with? | | | |
| **2.4** | Transport permit from local authorities; | | | |
| **2.4.1** | What documents are required?<br>Bertling to check and advise REC. | Bertling | | |
| **2.4.2** | Can Bertling pre apply for permit before vessels arrive?<br>Bertling to check and advise REC. | Bertling | | |
| **2.5** | What will be their overtime charges if we had to use the trucks for 16 hours per day?<br>Bertling to check on the rates if we are using 2 shifts and operating at night. | Bertling | | |
| **2.6** | Bertling to propose for alternative companies if they can't meet our demand?<br>Bertling to investigate with the trucking Union in Libya | Bertling | | |
| **3.0** | **AIRFREIGHT** | | | |
| **3.1** | If we have to airfreight, what would be the facilities in the airport?<br>Bertling to advise REC | Bertling | | |
| **3.2** | How big is the covered and uncovered warehouse in the airport?<br>Bertling to advise REC | Bertling | | |
| **3.3** | What are the storage charges at the airport?<br>Bertling to advise REC | Bertling | | |

# EXHIBIT   O

CORRES

## Folker Lehning (DEBRE)

| | |
|---|---|
| **From:** | Gareth Norman [gareth@ranhill.com.my] |
| **Sent:** | Mittwoch, 3. Januar 2007 02:56 |
| **To:** | Folker Lehning DEBRE; nazira@ranhill.com |
| **Cc:** | J Blumberg (Bertling-DELBC); Darma Halim |
| **Subject:** | RE: REGISTERED VENDOR UP-DATE (REF : TCTRL-05406-FH @ TCTRL-05406-FH-R) |

**Attachments:** ATT380516.txt

Folker

Compliments of the season – Nazira didn't receive your message as the address was incomplete.

There is no need for Bertling to provide the registration data to qualify for the Libya and other projects covered by the General Agreement we have already executed. It would be prudent, however, for you to provide the info requested in accordance with Emma's request to avoid any unnecessary procedural difficulties on other potential projects. If there is a problem with this, please let me know.

I've just returned to the office and about to catch up on developments during my absence. I will get back to you on other matters as appropriate.

Regards

Gareth

---

**From:** Folker Lehning DEBRE [mailto:Folker.Lehning@bertling-logistics.com]
**Sent:** Friday, December 29, 2006 9:03 PM
**To:** nazira@ranhill.com
**Cc:** Gareth Norman; J Blumberg (Bertling-DELBC)
**Subject:** FW: REGISTERED VENDOR UP-DATE (REF : TCTRL-05406-FH @ TCTRL-05406-FH-R)

Dear Nazira,

Received return message form Gareth, that he is not in the office till 2nd of Jan. 2007. Pls kindly read as per below mail.
Thank you for consideration and your advise.

Best regards
Folker Lehning

F.H. Bertling ( M ) Sdn Bhd
Kuala Lumpur
Mob.: +60-172 496 164

---

**From:** Folker Lehning DEBRE
**Sent:** Freitag, 29. Dezember 2006 09:31
**To:** 'Gareth Norman'
**Cc:** J Blumberg (Bertling-DELBC); 'Bernd Wiesch (E-Mail)'; manfred.bruns@bertling.com; 'Guenther Bielfeld'
**Subject:** FW: REGISTERED VENDOR UP-DATE (REF : TCTRL-05406-FH @ TCTRL-05406-FH-R)

Dear Gareth,

Hope you have had a good X-mas time.
Att. and below pls find the request from your REC procurement dept. regarding provision of data for vendor registration. Pls kindly check and advise, if F.H. Bertling
has to provide this data again with respect to our general agreement for the Libya housing project and

forthcoming other projects.

Appreciate your assistance and reply on this issue, as we are requested to deliver data till January 4th, 2007.
Have a good and prosperous new year 2007.

Best regards
Folker Lehning
F.H. Bertling ( M ) Sdn Bhd
Kuala Lumpur
Mob.: +60-172 496 164

**From:** Emma [mailto:emma@ranhill.com.my]
**Sent:** Donnerstag, 28. Dezember 2006 02:12
**To:** Folker Lehning (Malaysia)
**Subject:** REGISTERED VENDOR UP-DATE (REF : TCTRL-05406-FH @ TCTRL-05406-FH-R)

## TO : F.H.BERTLING (M) SDN BHD

Dear Mr.Folker Lehning,

We are in the midst of updating our registered vendor in our database system. Therefore, we seek your good organization to complete the attached forms.

Please be noted that your failure to comply will result your company to be **"in-active status"** and you will not be given a priority to participate for any quotations or tenders issued by RECSB.

Kindly revert back to us the complete form with appropriate documents soonest possible @ within 1 week from the date of this e-mail for our perusal, to the following address;

RANHILL ENGINEERS & CONSTRUCTORS SDN BHD
31st Floor,Empire Tower
182, Jalan Tun Razak
50400 Kuala Lumpur.

Thank you.

Yours faithfully
for RANHILL ENGINEERS & CONSTRUCTORS SDN BHD

Darma Halim
Procurement Assistant
<<Supplier Reg. Form -Issue 02 Rev. 01 - Latest Ver.doc>> <<Work Categories - Issue 02 Rev. 01 - Latest Ver.xls>>

**Folker Lehning (DEBRE)**

| | |
|---|---|
| **From:** | Folker  Lehning DEBRE |
| **Sent:** | Donnerstag, 24. Mai 2007 16:06 |
| **To:** | 'jblkumberg@bertling.de'; 'bernd.wiesch@bertling.de'; 'guenther.bielfeld@bertling.de'; 'wail.dagash@bertling.de'; 'manfred.bruns@bertling.de' |
| **Subject:** | REC Libya housing project / meeting 23.05.07 |
| **Attachments:** | REC LOGISTICS MANAGEMENT BY FHB AGENDA 23 MAY 2007 (3).doc |



REC LOGISTICS
ANAGEMENT BY FH

Jörg and all,
Meeting commenced on 23.05.07 / 10 am.

Participants REC : Tarique( only present for abt. 20 Min., then he was called by the management to attend )
, Alan Scott
Angie Chan
Peter Jackson
Suida Selamat
Keith Irvine ( responsible for finance Libya project, no name card available, will be stationed in Libya
)

Alan reported:

- sometime in June 07 REC expects the handover of the first job-site Tajoura and to receive masterplan
- focused start of project August / Sept. 2007
- FHB is asked to include the offloading at warehouse / job-site in their scope of work, excl. for cement
- He requires FHB – orga chart both for Malaysia and Libya. In turn I have required same prior next meeting. 'This issue was poart of our agenda

Tarique reported: he favourises Misurata port, which he has visited recently. He was is contact with the port authority and does not expect no problems to discharge break bulk cargo like cement etc. Further he favourise this port to establish a warehouse . The land – price per sqm should be LD 4,50 !!?? After this statement he left for another meeting and did not return to this meeting.

Angie reported :

She asks for a copy of the Libyan customs tariff… as per 'Wail, who confirmed to her last week, that FHB has such tariff ????? Wail, pls revert to this.
Further she appreciated my summary for charter terms and conditions, which I originally sent to Alan Scott already in Dec. 2006. She is eager to work close with the FHB-PLD.Next week she will be in Chaina with Tarique for cement negotiations.

Peter Jackson :

Peter was very cooperative in this meeting. I got a positive feeling, that he follows Ron Metcalf´s instructions, but wait and see.

Alan Scott has left today going back to Libya in his role of Project Director Libya, same as Tarique in Malaysia.

Abdul Haris, so far part of the REC-logistics team in KL, was sent to Libya since 2 weeks ago as supervisor to keep hand on Tajoura and later certainly Benghazi project as troubleshooter.

If you have any questions , pls call me. Att. you find our agenda with remarks in bold black of REC´s answers / comments.

Best regards
Folker Lehning

## Folker Lehning (DEBRE)

| | |
|---|---|
| **From:** | Suida Selamat [suida@ranhill.com.my] |
| **Sent:** | Mittwoch, 30. Mai 2007 05:13 |
| **To:** | 'FOLKER LEHNING'; Folker Lehning DEBRE |
| **Cc:** | 'Peter F. Jackson'; 'Alan Scott'; 'Abdul Haris' |
| **Subject:** | Misurata Port |
| **Importance:** | High |
| **Attachments:** | ATT93919.txt |

Dear Folker,

Further to our recent meeting on 23/5/2007, as per discuss & agreed, we still waiting for your report & study on Misurata Port, Libya. Kindly revert urgently.

Best regards
Suida

## William Lakis

| | |
|---|---|
| **From:** | Folker Lehning (DEBRE) [Folker.Lehning@bertling.com] |
| **Sent:** | Monday, June 09, 2008 9:55 AM |
| **To:** | William Lakis |
| **Cc:** | Joerg Blumberg; Bernd Wiesch (DEHAM) |
| **Subject:** | FW: Bertling Office in Libya |
| **Attachments:** | ATT82817.txt |

Dear Sir,

in addition to my previous mail of today, pls find below a statement from REC regarind FHB role on the Libya Housing project.This mail confirms what was agreed before between the parties, i.e. oceanfreight rates and charges from door to door.....
Hope this can be of interest for you.

Best regards
Folker Lehning

---

**From:** Peter F. Jackson [mailto:peter.jackson@ranhill.com.my]
**Sent:** Montag, 28. Mai 2007 03:03
**To:** Folker Lehning (Malaysia)
**Subject:** FW: Bertling Office in Libya

Folker

Please find below e-mail received from Haris (REC 's logistics man in Libya).
I forward this just for your info.
Any comments appreciated.
Regards
Peter

---

**From:** Abdul haris Abdul Hadi [mailto:ranhillharis@yahoo.com]
**Sent:** Sunday, May 27, 2007 3:42 PM
**To:** Suida Selamat
**Cc:** Alan Scott; Tarique Azam; Peter F. Jackson
**Subject:** Bertling Office in Libya

Dear Suida,

We understood that Bertling is our appointed freight forwarder & clearance agent in Libya. We assumed that the scope of Bertling works will be as follows:

1) Providing o/freights & charges and advancing payments for Dr to Dr services. (pick up + clearance at port of origin & port of discharge +ocean/air freight + loading at port of loading + in land delivery + discharging activities at port of discharge +unloading at site+ return the trailer/container to liners' yard)
2) Preparing & advancing payment for temporary import permit (if required)
3) Advancing for duties, taxes, port charges, port storage, deposit to shipping lines & other relevant port & liner charges on behalf of Ranhill.
4) Arranging & advancing payment for samples & analysis (if required)
5) Arranging & advancing payment on inland transport (with drivers & necessary equipments) from our storage area to the construction side
6) Preparing & advancing payment for sufficient man power & necessary unloading equipments (such as cranes / forklift with drivers) to unload cargoes from containers/trailers.

7)  Maintaining a record of inventory in the storage area
8)  Maintaining a safekeeping of our storage area
9)  Signing a contract (s) with a local freight forwarder / clearance agent (s)
10) Issuing payments to a local freight forwarder / clearance agent (s) with in a stipulated time

As their scope is huge and extensive kindly give us an update of Bertling's plan to set up an office in Tripoli. Will they be ready for operation by early June? Does Bertling representative in Libya conversant in Arabic? If not, we foresee that Bertling will need an interpreter as we need to communicate with custom, government officers, port officers and transport unions. We also need from time to time to write official letters in Arabic to government / custom offices.

Rgds
Haris

Shape Yahoo! in your own image. Join our Network Research Panel today!

## Folker Lehning (DEBRE)

| | |
|---|---|
| **From:** | Peter F. Jackson [peter.jackson@ranhill.com.my] |
| **Sent:** | Montag, 11. Juni 2007 05:17 |
| **To:** | Folker Lehning DEBRE |
| **Cc:** | Chan Lai Wan |
| **Subject:** | RE: Inland cost for Container Shipments Libya Housing project |

**Attachments:** ATT24443.txt

Folker and Angie
Please ensure that ALL e-mails regarding Libya logistics issues are copied to Suida Selamat (Manager Logistics) and to Haris (Logistics Supervisor Libya).
It is most important that all concerned parties including REC Manager Logistics ands Logistics Supervisor are aware of logistical issues.
Regards
Peter

---

**From:** Folker Lehning DEBRE [mailto:Folker.Lehning@bertling-logistics.com]
**Sent:** Monday, June 11, 2007 10:44 AM
**To:** Chan Lai Wan
**Cc:** Peter F. Jackson
**Subject:** Inland cost for Container Shipments Libya Housing project

Dear Angie,

att. Pls find the spread-sheet with transport cost and respective duty and tax rates as discussed on 06.06.07 in your office.

Pls note, that we have based inland haulage on 20 metric tons per 20ft container incl. tare, 24 metric tons per 40ft container incl. tare. The duty and tax rates are subject to change. As discussed some of these cost may not occur if ARC will apply together with your client ( Libya Government Body ) for exemption of duty .

Hope this will serve you .

Best regards

Folker Lehning <<Inland cost Container.xls>>

09.06.2008

## Folker Lehning (DEBRE)

| | |
|---|---|
| **From:** | Folker Lehning DEBRE |
| **Sent:** | Mittwoch, 11. Juli 2007 04:09 |
| **To:** | 'angie.chan@ranhill.com.my' |
| **Subject:** | FW: Inland cost for Container Shipments Libya Housing project |

**Attachments:**    Inland cost Container.xls

Good morning Angie,

att. Pls find again the spread-sheet with approx. costing for container loads as per your yesterday's request.

Best regards
Folker Lehning

**From:** Folker Lehning DEBRE
**Sent:** Montag, 11. Juni 2007 10:44
**To:** 'angie.chan@ranhill.com.my'
**Cc:** 'peter.jackson@ranhill.com.my'
**Subject:** Inland cost for Container Shipments Libya Housing project

Dear Angie,

att. Pls find the spread-sheet with transport cost and respective duty and tax rates as discussed on 06.06.07 in your office.
Pls note, that we have based inland haulage on 20 metric tons per 20ft container incl. tare, 24 metric tons per 40ft container incl. tare. The duty and tax rates are subject to change. As discussed some of these cost may not occur if ARC will apply together with your client ( Libya Government Body ) for exemption of duty .

Hope this will serve you .

Best regards

Inland cost
Container.xls (75 ...
Folker Lehning

1

# Libya House Project Tajoura

Port of entry : Khoms

Summary of charges ( cost estimation on present terms and conditions )
Duty and tax rates subject to final approval of Libya customs and rating

| Commodity | THC 20 ft US-Dollar | THC 40 ft US-Dollar | Inlandfreight 20 ft Cont US-Dollar | Inlandfreight 40 ft Cont US-Dollar | Customs Clearance US-Dollar | Duty rate on CIF value In % | testing/analyse rate on CIF value In % | Invoice tax In % |
|---|---|---|---|---|---|---|---|---|
| Small Tools | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Quarries | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Waterproofing | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Skim Coat | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Aluminium Door & Window | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Door Frame | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Door Leaf | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Fire Door | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Ironmongery | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Paint | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Plywood | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Roller Shutter | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Sanitary Wares | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Sanitary Fittings | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Sanitary Accessories | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Tiles | $149 | $298 | $264 | $344,85 | $58,25 | 2 | 1 | 0,25 |
| Water Heater | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Window Sill | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Granite & Terrazzo Tiles | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| Lift | $149 | $298 | $264 | $344,85 | $58,25 | 2 | 1 | 0,25 |
| Precast Manhole (Sewerage Works) | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |
| UPVC Pipe (Sewerage Works) | $149 | $298 | $264 | $344,85 | $58,25 | 4 | | 0,25 |

| Ductile Iron (sewerage Works) | $149 | $298 | $264 | $344,85 | $58,25 | 4 | 0,25 |

| Stamp & duty tax in % on services rendered in Libya |
| --- |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |
| 2,05 |

2,05

Project : 2206 Libya Project

Subject : Summary of Material Tendering Process

Date : 04/06/2007

Prepared by : Attd Lal (Procurement Dept)

| Item | Trade / Description |
|------|--------------------|
| 1 | Aluminium System Formwork |
| 2 | System Formwork (fab. aluminum) |
| 3 | Base Camp - Building & Operation Services |
| 4 | Owner (OCC) |
| 5 | Batching Plant |
| 6 | Rebar |
| 7 | Wire Mesh Machine |
| 8 | Concrete Pump Machine |
| 9 | Screed Equipment |
| 10 | Earth Moving Equipment Heavy Machinery/Aggregates Machinery |
| 11 | Earth Moving Equipment Heavy Machinery/Construction Machinery |
| 12 | Earth Moving Equipment Heavy Machinery/Construction Machinery |
| 13 | Shell Tools |
| 14 | Gantries |
| 15 | Watercooling |
| 16 | Side Cool |
| 17 | Aluminium Door & Window |
| 18 | Door Frame |
| 19 | Door Leaf |
| 20 | Fire Door |
| 21 | Ironmongery |
| 22 | Paint |
| 23 | Plywood |
| 24 | Roller Shutter |
| 25 | Sanitary Wares |
| 26 | Sanitary Fittings |
| 27 | Sanitary Accessories |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Tiles | NL | NL | NL | 07/04/07 | NL | | | | | | | | | | |
| 29 | Water Heater | NL | NL | 7 | 11/03/07 | NL | | | | | | | | | | |
| 30 | Window Sill | NL | NL | 3 | 29/01/07 | NL | | | | | | | | | | |
| | | NL | NL | 14 | 19/03/07 | NL | | | | | | | | | | |
| | | NL | NL | 14 | 9/2/07 | NL | | | | | | | | | | |
| 31 | Sheetra & Terrazzo Tiles | 27/04/07 | 27/04/07 | 11 | NL | NL | | | | | | | | | | |
| 32 | Gll | NL | NL | NL | NL | NL | | | | | | | | | | |
| 33 | Precast Manhole (Sewerage Work) | 29/05/07 | 01/05/07 | 11 | NL | NL | | | | | | | | | | |
| 34 | UPVC Pipe (Sewerage Work) | 29/05/07 | 01/05/07 | 10 | | | | | | | | | | | | |
| 35 | Ductile Iron (Sewerage Work) | 29/05/07 | 01/05/07 | 4 | | | | | | | | | | | | |

| Vendor's Quote | State Delivery | MOQ | Ref No. | Budget Estimate | Contract Price | Current Status | Remarks |
|---|---|---|---|---|---|---|---|
| Surface Pump as per SPN | 1/15/07 | HDU3 (series) and ADU3 | | HU | Y-UH 05/18 GEN 310 VCI to HU Not eq | Awarded | |

# EXHIBIT  P

**Fauziah Mohd Isa**

Phone Ext 1161

| | |
|---|---|
| **From:** | Zabidi Jamil |
| **Sent:** | Thursday, May 31, 2007 10:36 AM |
| **To:** | Fauziah Mohd Isa |
| **Subject:** | Account for new staff |
| **Categories:** | SCL=-1 |

Dear Gee,

Account for new staff as follows:-

**Folker Lehning**
LAN ID
Username: flfolker
Password: ranhill (Default)

Email Account:
Email Address: folker@ranhill.com.my
Password: user123 (default)

Internet Account
Username: flfolker
Password: 123 (default)

Regards,

Zabidi Jamil

31/05/2007

Updated: 28th March 2007



# RANHILL ENGINEERS & CONSTRUCTORS

21st Floor, Empire Tower, 182 Jalan Tun Razak, 50400 Kuala Lumpur

## BUILDINGS & INFRASTRUCTURE

**Ranhill**

TEL: (03) 2171 2020          FAX: (03) 2164 2040

| SVP'S OFFICE - INFRASTRUCTURE | |
|---|---|
| Tarique Azam (SVP) | 1105 |
| Salmah Alias (Sec) | 1129 |
| Nisha Baharudin | 1174 |
| Yaacob A. Manan (Driver) | |

| BUILDINGS | |
|---|---|
| Direct Line: (03) 2164 2070 / Direct Fax: (03) 2164 2071 | |
| Puah Kim Wee (SGM) | 1101 |
| Janice Yap Cheng Yi | 1133 |
| Koh Kam Chin | 1132 |
| Loke Shu Loong | 1131 |
| Norhaslina (Sec) | 1118 |

| ENGINEERING | |
|---|---|
| **INFRASTRUCTURE** | |
| Mohamed Iqbal Mohamed Yusoof | 1197 |
| Andi Abd Rahman | 1163 |
| Azhar Ahmad | 1171 |
| Mohd Iqbal Mohd Yusof (Trainee) | 1159 |
| Murugan Ramulu | 1172 |
| Nor Mohd Syahidani Mohammad Saaid | 1170 |
| Nur Haffidzah Zainuddin | 1153 |
| Sabariah Abdul Aziz | 1181 |
| | |
| **BUILDINGS** | |
| Khairuddin Eslar | 1195 |
| Hashimah Mohamad | 1190 |
| Fatimah Saliken | 1199 |
| Ismail Mat Salleh | 1140 |
| Khairiah Muhammad | 1151 |
| Kua Suen Tien | 1114 |
| Ma. Ava F. Icabandi | 1125 |
| Mohd Zakuan Zakaria - SERDANG | 1119 |

| COMMUNITY SPORTS COMPLEX | |
|---|---|
| Lai Joo Heng (SM) | 1108 |
| Amerpal Singh Khosa (Consultant) | 1119 |
| Azman Umar (Consultant) | 1137 |
| Haniza Abd Rahman | 1121 |
| Hariff Halimen Shamsinar | 1120 |
| Mokhairulnizam Mohd | 1143 |
| Norasikin Baharom | 1122 |
| Saleem Raza Mirza | 1138 |
| Stewart Beh Shuenn Shyuan | 1115 |

| SDE PROJECT | |
|---|---|
| Hasnul Hadi Hashim (Procurement) | 1159 |
| Mahadzer Harun (Project Finance) | 1193 |
| Mohd Zamani Yaacob | 1194 |
| Murali Tharan Palaniandy (Project Acc) | 1196 |
| Norshuaila Arepin (Project Finance) | 1184 |
| Roslan Ab Rahman (Procurement) | 1186 |

| CONTRACTS & COMMERCIAL | |
|---|---|
| Jim Sloan (GM) | 1117 |
| **INFRASTRUCTURE** | |
| Hasmizi Yusoff | 1198 |
| Nor Diana Mohamed | 1180 |
| | |
| Mohamad Idrus Asmoin | 1154 |
| Najidah Che Amat | 1173 |
| Norain Hj. Abu Bakar | 1156 |
| Rohainiah Mohd Danan | 1179 |
| **SERDANG PROJECT** | |
| Ahmad Muzaffar Abdullah | 1134 |
| Herbert Fernandez | 1125 |
| Jayanthi Sundaram (Proj. Acct) | 1127 |
| William Cabotage | 1117 |

| LIBYA PROJECT | |
|---|---|
| Keith Irvine Abdullah | 1107 |
| Matti Haapakoski | 1175 |
| Alicia Lai Wai Mun | 1164 |
| Angie Chan Lai Wan | 1162 |
| Folker Lehning | 1161 |
| Jamaluddin Ahmad Ghiasuddin | |
| Julia Abu | 1186 |
| Low Kong Lin | 1124 |
| Mohd Zikri Rodzi | 1185 |
| Nazim Hassan | 1159 |
| Norain Hj. Abu Bakar | 1156 |
| Rafidah Abdul Hamid | 1187 |
| Raja Azizah Raja Yeop | |
| Sreedharan R. Pillay | 1123 |

| RAK | |
|---|---|
| Mohd Riza Yusoff | 1183 |
| Mohd Firdaus Saaiden | 1168 |

| SAFETY, HEALTH & ENVIRONMENTAL | |
|---|---|
| A. Krishnan (SM, Health & Safety) | 1110 |
| Ithnin Abu | 1188 |
| Arduni Mastura Abu Bakar (Environmental) | 1135 |
| Badariah Awang Kechik (Environmental) | 1136 |
| Haslina Mat Isa (Environmental) | 1111 |
| Intan Salwani Kushain | 1113 |
| Mj Hapidzal Hashim | 1112 |

| HUMAN RESOURCE | |
|---|---|
| Shanthi d/o Ramanathan | 1189 |

| RECEPTION / TELEPHONIST / DESPATCH / PANTRY / MEETING ROOM | | | |
|---|---|---|---|
| Sharina Shaari (Receptionist) | 1191 | **DESPATCH** | |
| Ramlah Sharif (Pantry) | 1299 | Mohd Azmi Hamzah | 012-218 3287 |
| **TELEPHONIST** | | Sham Sool Ariffin | 012-330 7194 |
| Hawa Mohamad | 1100 | Meeting Room 1 | 1104 |
| Puteri Juriah Megat Ibrahim | 1400 | Meeting Room 2 | 1103 |
| Rosnilawati Mat Saad | 1300 | Meeting Room 3 | |

Updated: 28th March 2007



# RANHILL ENGINEERS & CONSTRUCTORS

29th Floor, Empire Tower, 182 Jalan Tun Razak, 50400 Kuala Lumpur

## POWER & CONTRACTS/ COMMERCIAL

**Ranhill**

TEL: (03) 2058 2000          FAX: (03) 2058 2056

| VP'S OFFICE - POWER | |
|---|---|
| Direct Line: (03) 2058 2001 / Direct Fax: (03) 2058 2055 | |
| Michael Stephenson (VP) | 2001 |
| Chitra Navamoney (Sec) | 2002 |

| CONTRACTS & COMMERCIAL | |
|---|---|
| Direct Fax: (03) 2058 2092 | |
| David James Yule (GM) | 2008 |
| Iain Lancaster McFarlane (GM) | 2007 |
| Noorlinda Abdul Ghani | 2005 |
| Julita Jamaluddin | 2037 |
| Ma. Ava F. Icabandi | 2035 |
| Narzrin Abdul Rahman | 2042 |
| Nor Shazalina Sakir | 2034 |
| Rosmiah Samsul Baharin | 2047 |
| Syukmatuha Ahmad | 2041 |
| Salina | 2038 |
| Teresita Lubo Delos Santos | 2036 |

| TELUK SALUT 1 PROJECT | |
|---|---|
| Direct Fax: (03) 2058 2056 | |
| David Tan | 2012 |
| Alaina Zakiah Nor Aripin | 2059 |
| Fairuz Zulkernain (SABAH) | 2067 |
| Ho Pooi See | 2064 |
| Jusoh Abdullah | 2060 |
| Kevin Chin Fook Min | 2025 |
| Noor Risham Md Arus | 2076 |
| Noorizan Mohd Noh | 2074 |
| Rubaeyah Abdul Ghaffar | 2062 |
| Tan Hooi Yean | 2063 |
| Zaida Mohd Daud | 2057 |
| Zuriati Jantan | 2075 |

| PROCUREMENT & LOGISTICS | |
|---|---|
| Direct Fax: (03) 2058 2044 | |
| V. Thachnamurthy (Snr.Proc.Mgr) | 2023 |
| Annas Othman | 2050 |
| Asurajah Anthonysamy | 2022 |
| Balbir Singh | 2043 |
| Boyce Teoh Wen Chau | 2049 |
| Chryss Seng Jing Mei | 2095 |
| Faradeva Borhan | 2052 |
| Kamalezveran Munuchamy | 2046 |
| Norzidah Che Zainol | 2033 |
| Rosni Mohd Yatim | 2053 |
| Siti Hamidah Sheikh Abu Bakar | 2004 |
| Siti Shuhana Mohd Nasir | 2051 |
| Syed Khairul Nizam Syed Zamri | 2021 |
| Zainol Abu Bakar (SABAH) | 2043 |
| Zainudin Saad | 2094 |

| TUARAN PROJECT | |
|---|---|
| Michael Turner (PM) | 2011 |
| Vacant | 2024 |
| Paul Jordan (Eng. Manager) | 2014 |
| Eduardo Anonuevo (SABAH) | 2081 |
| Vacant | 2077 |
| John Baines | 2087 |
| John Britto (SABAH) | 2088 |
| Kevin Chin Kok Loon | 2091 |
| Kevin Goh Choong Boon (SABAH) | 2079 |
| Mohd Nazrin Abdul Kudus | 2090 |
| Norhamizah Fazliana Sulaiman | 2089 |
| Paul Antonisamy | 2086 |
| Rangash Natarajan | 2080 |

| ENGINEERING | |
|---|---|
| Ir. Leon Ng (GM) | 2013 |
| Christine Wong Hie Hing (Sec) | 2061 |
| Ir. Sinasamy Subramaniam | 2016 |
| Khairul Nazri | 2071 |
| Mohd Nurmiza Baharom | 2066 |
| Mohd Shamly Zainuddin | 2009 |
| Nor Azrien Yanty | 2068 |
| Zainal Agoes | 2065 |

| NEW BONG PROJECT | |
|---|---|
| TBA (PM) | 2010 |
| Mark Povey (SABAH) | 2015 |
| Wong Kin Pin | 2081 |

| HRM & ADMINISTRATION | |
|---|---|
| Shahrin Ahmad (Administration) | 2045 |

| RECEPTIONIST & PANTRY | |
|---|---|
| Nur Alifah Ithnin (Receptionist) | 2000 |
| Latifah Mamat (Pantry) | 2085 |



Updated: 28th March 2007

# RANHILL ENGINEERS & CONSTRUCTORS

31st Floor, Empire Tower, 182 Jalan Tun Razak, 50400 Kuala Lumpur

## CORPORATE OFFICE

TEL: (03) 2170 7400                    FAX: (03) 2164 2072

| CEO'S OFFICE | |
|---|---|
| Direct Line: (03) 2170 7402 / Direct Fax: (03) 2170 7488 | |
| Ron Metcalf (CEO) | 7401 |
| Sharmila Bhaskaran (P.A) | 7402 |
| Kasturi Gurunathan (Sec) | 7421 |
| Allan William Scott | 7416 |
| Mohamed Jamal Baharom ( Driver ) | |
| Mohd bin Abdul Khalil (Security) | |
| Razzalee Mokhtar (Driver) | |

| BUSINESS SUPPORT SERVICES | |
|---|---|
| Direct Line: (03) 2170 7415 | |
| Gareth Ralph Norman (VP) | 7415 |
| Nazira Md. Ibrahim (Sec) | 7423 |
| Mohd Sarol Afindi Ishak | 7485 |
| Mohd Salfizan Sulaiman (Driver) | 019-261 1695 |

| BUSINESS DEVELOPMENT | |
|---|---|
| Direct Line : (03) 2170 7420 / Direct Fax: (03) 2171 2125 | |
| Richard Khaw (VP) | 7420 |
| Vacant - (Sec) | 7414 |
| Iida Izanie Ahmad | 7432 |
| Nurhisham Mohd Sofee | 7439 |
| Nazlin Ibrahim | 7406 |
| Pedro B. Dragon | 7434 |
| Roszalina Mat Harus | 7440 |
| Ruslina Rusli | 7433 |
| Zahir Ishak | 7438 |

| HRM & ADMIN | |
|---|---|
| Direct Line: (03) 2170 7409 / Direct Fax: (03) 2170 7495 | |
| Rooyahaiti Yakub (GM) | 7409 |
| Prabhavathi (Sec) | 7407 |
| Noor Zaidah Shahi | 7424 |
| Wan Suzeaney Wan Mohamad Nawawi | 7410 |
| Adnan Zamri Abdullah | 7476 |
| Safidah Mohd Tahir | 7489 |
| Venooshini Vembarasan | 7466 |
| Mastura Ahmad Kamil | 7479 |
| Fauziah Daud | 7477 |
| Tarnimi Ishak | 7467 |
| Roslaini Daud (International HR) | 7469 |
| Umi Khalsom Omar (Payroll) | 7427 |
| Norlela Anum Hamel (Payroll) | 7478 |
| Bariah Ahmad (Administration) | 7486 |
| Sh. Annissa Sy. Zulkefali (Administration) | 7419 |
| Mohd Sharydan Saari (Driver) | 012-341 8674 |

| SAJ, WATER DIVISION | |
|---|---|
| Zailan Mohd Zahid (VP) | 7422 |
| Hayatul Adawiyah Md. Othman (Sec) | 7448 |

| FINANCE | |
|---|---|
| Rajam Sega (GM) | 7405 |
| Rozita Abdul Karim (Sec) | 7417 |
| L. Joseph Nixon S. Lourdesamy | 7425 |
| Siti Maisarah Sheikh Arom | 7454 |
| | |
| PROJECT FINANCE | |
| Flora Heng Siam Huai | 7463 |
| Marniza Kamaruddin | 7460 |
| Inderadin Zainal Abidin | 7464 |
| Intan Zuraida Shafie | 7459 |
| Mohamad Nasir Baharom | 7455 |
| Muhammad Irfan Abd. Rahman | 7456 |
| Shivani M. Sivanjanaveri | 7458 |
| Vanitha K Parasingam | 7462 |
| Zamli Ahmad | 7461 |

| PROCUREMENT & LOGISTICS | |
|---|---|
| Direct Fax: (03) 2164 1819 | |
| Peter Jackson (GM) | 7403 |
| Fauziah Bt Mohd Isa - G (Sec) | 7428 |
| Suida Selamat (Logistics Mgr) | 7480 |
| Abdul Haris Abdul Hadi | 7474 |
| Bahrin Musa | 7475 |
| Darma Halim | 7482 |
| Radzizah Abd. Aziz | 7483 |

| PROJECT SUPPORT SERVICES / ENGINEERING | |
|---|---|
| Direct Fax: (03) 2164 2072 | |
| Ivan James Bota (SVP) | 7418 |
| Nor Hasmaliza Razali (P.A) | 7413 |
| Scott Morrisson (Prj. Control Mgr) | 7412 |
| Nor Izzah Nor Hashim (Sec) | 7490 |
| Ahmad Zakiruddin Mohamed | 7429 |
| Asmahanum Ahmad (SABA) | 7494 |
| Avtar Singh Sodhi (SABA) | 7471 |
| Mohd Razif | 7429 |

| QUALITY & HSE MANAGEMENT | |
|---|---|
| Azah Abdul Kadir (GM) | 7408 |
| Mariani Ariffin (Sec) | 7411 |
| Azlina Zaharuddin | 7442 |
| Albela Andres Simanes | 7450 |
| Mohammad Fauzi Bahari | 7484 |
| Mansor Yusoff | 7444 |
| Mohd Nazril Jaafar | 7443 |
| Siti Azrah Mohd Akob | 7452 |

| RECEPTION / PANTRY / MEETING ROOM | | | |
|---|---|---|---|
| Norzahaniah Mohd Saleh (Receptionist) | 7400 | Meeting Room 1 | 7426 |
| Afriya Dafir (Pantry) | 7491 | Meeting Room 2 | 7487 |

Updated: 22nd February 2007



# RANHILL ENGINEERS & CONSTRUCTORS

21st Floor, Empire Tower, 182 Jalan Tun Razak, 50400 Kuala Lumpur

## BUILDINGS & INFRASTRUCTURE

**Ranhill**

TEL: (03) 2171 2020          FAX: (03) 2164 2040

| TELUK SALUT I PROJECT |
|---|
| **Ranhill Engineers & Constructors Sdn. Bhd.** |
| No. 3, Lorong 1D |
| KKIP Selatan |
| Industrial Zone 3 |
| KKIP |
| 88460 Kota Kinabalu |
| Tel: (088) 495 977     Fax: (088) 495 484 |

| LIBYA PROJECT |
|---|
| **(Opposite Abuseta Petrol Station)** |
| Abuseta Street |
| Tripoli |
| Libya |
| Tel & Fax :- 00218 21 3403566 |

| ULU TIRAM SITE OFFICE |
|---|
| **Ranhill Engineers & Constructors Sdn. Bhd.** |
| No. 24 & 26 |
| Jalan Palma Raja 2 |
| Taman Dato' Chellam |
| 81100 Ulu Tiram |
| Johor |
| Tel: (07) 861 7224   Fax: (07) 861 7442 |
| Fax: (07) 861 6924 (Pkg 1) |
| Fax: (07) 861 6925 (Pkg 2) |

| MELUT BASIN PROJECT |
|---|
| **Ranhill Petroneeds JV** |
| No. 83, Block 25 |
| Al-Manshiya, Khartoum |
| Republic of Sudan |
| Tel: +249911230914 |

| SAJ PROJECT |
|---|
| **Ranhill Engineers and Constructors Sdn Bhd** |
| No.18 & 20, Jalan Geroda 1, |
| 80350 Larkin |
| Johor Bahru, Johor |
| 07 - 2268011 |
| 07- 2265020 |

| RME PROJECT |
|---|
| **Ranhill Middle East FZE** |
| P.O. Box 25567 |
| Office No. 1302 |
| Abdullah Building (ABN Amro Tower) |
| Hamdan Street, Abu Dhabi |
| United Emirates. |
| Tel: 97126717917 |